**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 27 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JIANGYUAN HU,<br><br>             Petitioner,<br><br>  v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>             Respondent. | No. 12-72092<br><br>Agency No. A099-400-070<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 13, 2014[**]

Before:     CLIFTON, BEA, and WATFORD, Circuit Judges.

     Jiangyuan Hu, a native and citizen of China, petitions pro se for review of

the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's decision denying his application for asylum. We have

jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the

---

     [*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

     [**]     The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

agency's factual findings. *Hu v. Holder*, 652 F.3d 1011, 1016 (9th Cir. 2011). We grant and remand.

Hu testified police told him they arrested and detained him because he was "spreading words" against the communist party leadership and the government, and he provided evidence he was laid off because he "instigated the workers" and "slandered the party leader." The record compels the conclusion that "one central reason" for the harm inflicted on Hu was his actual and/or imputed political opinion. *See id.* at 1017-20 (9th Cir. 2011). Thus, we grant the petition and remand Hu's asylum claim for further proceedings consistent with this disposition. *See INS v. Ventura*, 537 U.S. 12, 16-18 (2002) (per curiam).

**PETITION FOR REVIEW GRANTED; REMANDED.**